0203-11480                                                                                                              1101840

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICKEY WOLZ** | **CIVIL ACTION NO: 2:13-cv-05112** |
| **VERSUS** | **SECTION "J"** <br> **District Judge Carl J. Barbier** |
| **BP EXPLORATION & PRODUCTION, INC., AND** <br> **B & S WELDING, INC.** | **MAGISTRATE 3** <br> **Judge Daniel E. Knowles** |

### BP EXPLORATION & PRODUCTION INC.'S WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes defendant, BP Exploration & Production Inc. ("BP"), who in accordance with the Court's Scheduling Order of May 15, 2014, lists the following witnesses who may be called at the trial of this matter

1. Plaintiff, Rickey Wolz (on cross examination)
2. Lawrence Hanrahan of DXP Enterprises
3. Andrew Koblenzer of BP
4. Allen Turnage of BP
5. Robert Kretzer of BP
6. Marty Colvin of BP
7. Trent Barron of BP
8. Mike Smith of Danos & Curole
9. Frederick Greer of Bishop Lifting
10. Brent Broussard of Bishop Lifting
11. Martin Sanchez, formerly of BP
12. Erroll Dupree of BP
13. Chris Rawlson of BP

14. Chris Reinekie of BP

15. Wesley Rozas of Grand Isle Shipyard

16. Ricky McLemore of Grand Isle Shipyard

17. Romy Arante of Grand Isle Shipyard

18. Frankie Price of Grand Isle Shipyard

19. Tony Pippen of AIS (medic onboard Mad Dog)

20. Brian Quinn of BP

21. Larry Meshall of BP

22. Barret Best of Danos & Carole

23. James Long of Grand Isle Shipyard

24. Louis Verret of BP

25. Mike Spell of BP

26. A representative of BP Exploration & Production Inc.

27. A representative of Ochsner Main Campus

28. A representative of Ochsner Northshore – Mandeville

29. A representative of Ochsner Northshore - Slidell

30. Dr. Eric Tabor or a representative of Northshore Dermatology

31. A representative of Walgreens

32. A representative of Concentra Urgent Care

33. A representative of Magnolia Physical Therapy

34. A representative of St. Tammany Parish Hospital

35. Dr. Jonathan Boraski or a representative of West Bank Plastic Surgery

36. A representative of Northside Chiropractic

37. A representative of Slidell Memorial Hospital

38. A representative of West Jefferson Medical Center

39. A representative of Associated Foot Surgeons

40. Any and all medical providers of plaintiff, Ricky Wolz

41. A representative of DXP Enterprises

42. A representative of Grand Isle Shipyards, Inc.

43. Dr. Kenneth Boudreaux or other expert economist

44. Nancy Favaloro or other vocational rehabilitation expert

45. A liability and/or safety expert

46. Any witness necessary to authenticate employment and medical records of plaintiff

47. Any witness for impeachment or rebuttal purposes

48. Any witness listed by any other party

49. Any witness discovered through further investigation and discovery

BP Exploration & Production Inc., reserves the right to amend and/or supplement the above witness list as discovery is still proceeding in this matter and as further information becomes available. BP Exploration & Production Inc. further reserves the right to include additional expert witnesses, as BP Exploration & Production Inc.'s expert witness deadline has not yet passed.

Respectfully submitted,

*/s/ Salvador J. Pusateri*
Salvador J. Pusateri, T.A. (#21036)
Aaron B. Greenbaum (#31752)
**PUSATERI, BARRIOS, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Salvador.Pusateri@pbgglaw.com

Aaron.Greenbaum@pbgglaw.com
**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of January, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants

_/s/ Salvador J. Pusateri_