## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICKEY WOLZ** | * | **CIVIL ACTION NO.: 2:13-cv-05112** |
| | * | |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| | * | |
| **BP EXPLORATION & PRODUCTION,** | * | **MAGISTRATE DANIEL E. KNOWLES, III** |
| **INC. AND B&S WELDING, INC.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### GRAND ISLE SHIPYARDS, INC. MAY CALL WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes Grand Isle Shipyards, Inc. ("GIS") and files the following preliminary list of witness that GIS may call at the trial of the above captioned matter:

1. Rickey Wolz
   205 Constellation Drive
   Slidell, Louisiana 70458

2. Lawrence H. Hanrahan – DXP Manager
   502 E. Blue Jay Court
   Slidell, Louisiana 70467

3. Andrew Koblenzer – BP Manager
   3 Emery Lane
   Dover, New Hampshire 03820

4. Allen Turnage – BP Maintenance Issuing Authority;

5. Louis Verret – BP Maintenance Supervisor;

6. Freddie Greer – Bishop Lifting;

7. Wesley Rozas – GIS supervisor
   451 Brassette Lane
   Cotton Port, Louisiana  71327

1

8. Rickey Mclemore – GIS Deck Foreman
    133 Shows Road
    Peddle, Mississippi 39476

9. Josean Almovodar – GIS
    300 Maple Street
    Hammond, Louisiana 70401

10. Wade Hebert – GIS
    297 E. 89th Street
    Cut Off, Louisiana 70345

11. Jonathan Boraski, MD – treating physician
    West Bank Plastic Surgery
    1111 Medical Center Boulevard, Suite 640 S.
    Marrero, Louisiana 70072

12. A representative of Magnolia Physical Therapy
    5606 Jefferson Highway
    Harahan, Louisiana 70123

13. A representative of West Jefferson Medical Center
    1101 Medical Center Boulevard
    Marrero, Louisiana 70072

14. Kenneth J. Boudreaux, Ph. D. – economist
    1424 Bordeaux Street
    New Orleans, Louisiana 70115

15. An orthopedic hand expert yet to be named;

16. Carla Seyler or Nancy Favaloro – vocation rehabilitation expert
    1615 Poydras Street, Suite 1040
    New Orleans, Louisiana 70112

17. Any other healthcare provider who has treated or examined plaintiff;

18. Any witness listed or called by any other party;

19. Any witness needed to identify any documents;

20. Any witness was has been deposed;

21. Any potential impeachment witness; and

22. Any witnesses to the work involving the pump removal.

GIS reserves the right to supplement or amend this Witness List as discovery proceeds.

Respectfully Submitted:

**REICH, ALBUM & PLUNKETT, L.L.C.**

*/s/ Robert S. Reich*
**ROBERT S. REICH, T.A. (#11163)**
**BARBARA L. BOSSETTA (#20125)**
3850 N. Causeway Boulevard
1000 Lakeway Two
Metairie, LA 70002
Telephone:	(504) 830-3999
Facsimile:	(504) 830-3950
Email:	rreich@rapllclaw.com
	bbossetta@rapllclaw.com
*Attorneys for Grand Isle Shipyards, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 26th day of January, 2015.

*/s/ Robert S. Reich*
**ROBERT S. REICH**