MINUTE ENTRY
BARBIER, J.
March 26, 2015

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKEY WOLZ | CIVIL ACTION |
| VERSUS | NO: 13-5112 |
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION: J(3) |

    The Court held a pre-trial conference with the following parties in attendance: Counsel for the Plaintiff, Timothy Young and Tammy Harris, Counsel for Defendant, Bob Reich.

    During the conference, counsel discussed various issues which must be resolved prior to trial. The Court decided to continue this matter and instructed counsel to attend the settlement conference scheduled for April 8, 2015 before Magistrate Judge Knowles. The Court also instructed that counsel invite counsel for DXP and/or its insurers to participate in the settlement conference.

    Accordingly,

    **IT IS ORDERED** that the jury trial currently set for April 13,

2015 is hereby **CONTINUED** to **Monday, August 17, 2015 at 8:30 a.m.**

  **IT IS FURTHER ORDERED** that another Pre-Trial is scheduled for **Thursday, July 16, 2015 at 2:30 p.m.**

     * * * * * * * * * * * * * * *

JS-10: 40 mins.

