```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

RICKEY WOLZ                                 CIVIL ACTION

VERSUS                                      NO: 13-5112

BP EXPLORATION AND PRODUCTION,              SECTION: "J"(3)
INC., ET AL
```

### ORDER

Considering the Court's previous Order (Rec. Doc. 85), continuing the pre-trial conference and jury trial dates in the above-captioned matter, the new pre-trial deadlines are set forth below, and all other deadlines remain in effect.

All pre-trial motions, including motions in limine regarding the admissibility of expert testimony shall be filed and served in sufficient time to permit hearing thereon no later than **July 1, 2015**. All other motions in limine shall be filed by **August 3, 2015**, and responses thereto shall be filed by **August 5, 2015**. Motions filed in violation of this order shall be deemed waived and not considered unless good cause is shown.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify on trial, and all exhibits that may or will be

used, no later than **May 15, 2015.**

New Orleans, Louisiana this 15th day of April, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE